```
 1  BETSY C. MANIFOLD (182450)
    manifold@whafh.com
 2  WOLF HALDENSTEIN ADLER
      FREEMAN & HERZ LLP
 3  Symphony Towers
    750 B Street, Suite 2770
 4  San Diego, CA 92101
    Telephone: 619/239-4599
 5  Facsimile:  619/234-4599
    Attorneys for Plaintiff Joshua Teitelbaum
 6
    TRAVIS DOWNS (148274)
 7  travisd@lerachlaw.com
    LERACH COUGHLIN STOIA GELLER
 8    RUDMAN & ROBBINS LLP
    655 West Broadway, Suite 1900
 9  San Diego, CA 92101
    Telephone: 619/231-1058
10  Facsimile:  619/231-7423
    Attorney for Plaintiff Alaska Electrical Pension Fund
11
    [Additional Counsel Appear On Signature Page]
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA                *E-FILED - 9/12/06*

| | |
|---|---|
| JOSHUA TEITELBAUM, in the right of and for the benefit of Novellus Systems, Inc., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD S. HILL, JEFFREY C. BENZING, D. JAMES GUZY, GLEN G. POSSLEY, J. DAVID LITSTER, TOM LONG, ROBERT H. SMITH, WILLIAM R. SPIVEY, NEIL R. BONKE, YOUSSEF A. EL-MANSY, YOSHIO NISHI, ANN D. RHOADS, AND DELBERT A. WHITAKER, <br><br> Defendants, <br><br> and <br><br> NOVELLUS SYSTEMS, INC., <br><br> Nominal Defendant. | CASE NO. C 06-03514 RMW <br><br> **REVISED STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT** <br><br><br> DATE: <br> TIME: <br> COURTROOM: <br> JUDGE:           Ronald M. Whyte |

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF & COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

WHEREAS, there are currently two derivative actions pending in the Northern District of California against Nominal Defendant Novellus Systems, Inc. and others arising out of a common set of facts.

WHEREAS, the parties agree that the related derivative actions involve common questions of law and fact and should be consolidated to avoid unnecessary costs and delay.

WHEREAS, after meeting and conferring, plaintiffs agree that the Alaska Electrical Pension should be appointed Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Wolf Haldenstein Adler Freeman & Herz LLP should be appointed Lead Counsel; and

WHEREAS, defendants take no position as to the appointment of the Alaska Pension Fund as Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Wolf Haldenstein Adler Freeman & Herz LLP as Lead Counsel.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs and defendants, subject to the approval of the Court, as follows:

**CONSOLIDATION OF RELATED ACTIONS**

1. Under Federal Rule of Civil Procedure 42(a), the following cases are consolidated for all purposes, including, but not limited to, discovery, pretrial proceedings and trial proceedings:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Teitelbaum v. Hill, et al.* | 5:06-cv-03514-RMW | May 31, 2006 |
| *Alaska Electrical Pension Fund v. Hill, et al.* | 5:06-cv-03870-JF | June 21, 2006 |

2. The consolidated cases shall be identified as: *In re Novellus Systems, Inc. Derivative Litig.*, Master File No. CV 06-03514-RMW. Any other actions now pending or hereafter filed in this District which arise out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes if and when the Court is apprised of them. The parties shall notify the Court of any other action which is now pending or thereafter filed

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF & COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

outside of this District which may be related to the subject matter of these consolidated actions if and when they become aware of such actions.

3. Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NOVELLUS SYSTEMS, INC. DERIVATIVE LITIGATION | ) Master File No. CV 06-03514-RMW ) ) <u>DERIVATIVE ACTION</u> |
| This Document Relates To: | ) ) ) ) ) |

4. When a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable only to some, but not to all, of such actions, this Court's docket number for each individual action to which the paper is intended to be applicable and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption described above.

**APPOINTMENT OF LEAD COUNSEL**

1. Plaintiff Alaska Electrical Pension Fund shall be appointed Lead Plaintiff.

2. The law firm of Wolf Haldenstein Adler Freeman & Herz, LLP and Lerach Coughlin Stoia Geller Rudman & Robbins LLP shall be appointed Lead Counsel for plaintiffs in

the consolidated *In re Novellus Systems, Inc. Derivative Litigation.*[1]

3.  Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4.  Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except through Lead Counsel.

5.  Lead Counsel also shall be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

6.  Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

---

[1]  Defendants take no position as to the appointment of plaintiff Alaska Electrical Pension Fund as Lead Plaintiff and the appointment of Wolf Haldenstein Adler Freeman & Herz, LLP and Lerach Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel.

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF & COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

**SCHEDULE FOR CONSOLIDATED COMPLAINT**

1. Plaintiffs shall file a Consolidated Complaint which shall be deemed the operative complaint, superseding all complaints filed in any of the actions consolidated hereunder. Plaintiffs shall file a Consolidated Complaint within 45 days of the entry of order appointing Lead Counsel. Defendants shall have 45 days to file any responsive pleading. The parties will meet and confer and report to the Court on an acceptable briefing and hearing schedule for any responsive pleadings.

DATED: September 7, 2006

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT

_____
BETSY C. MANIFOLD

Symphony Towers
750 B. Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

Counsel for Plaintiff Joshua Teitelbaum

DATED: September 7, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS DOWNS

_____
TRAVIS DOWNS w/permission

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Facsimile:  619/231-7423

Attorney for Plaintiff Alaska Electrical Pension Fund

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF & COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

- 4 -

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 7, 2006 | MORRISON & FOERSTER LLP<br>DARRYL P. RAINS |
| 3 | | EUGENE ILLOVSKY<br>SUNIL R. KULKARNI |
| 4 | | ELIZABETH J. MILES |
| 5 | | |
| 6 | | /s/ |
| 7 | | SUNIL R. KULKARNI |
| 8 | | 755 Page Mill Road<br>Palo Alto, CA 94304-1018 |
| 9 | | Telephone: 650/813-5600<br>Facsimile: 650/494-0792 |
| 10 | | Attorney for Nominal Defendant Novellus Systems, |
| 11 | | Inc. and defendants Richard S. Hill, Jeffrey C.<br>Benzing, D. James Guzy, Glen G. Possley, J. David |
| 12 | | Litster, Tom Long, Robert H. Smith, William R.<br>Spivey, Neil R. Bonke, Youssef A. El-Mansy, |
| 13 | | Yoshio Nishi, Ann D. Rhoads, And Delbert A.<br>Whitaker |

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF & COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

- 5 -

| | |
|---|---|
| 1 | Under F.R.C.P. 42(a), the two derivative action cases listed herein are hereby consolidated for all purposes. Plaintiff Alaska Electrical Pension Fund shall be appointed Lead Plaintiff. The law firms of Wolf Haldenstein Adler Freeman & Herz, LLP and Lerach Coughlin Stoia Geller Rudman & Robbins LLP shall be appointed Lead Counsel for plaintiffs. Plaintiffs shall serve a Consolidated Amended Complaint within 45 days of an order appointing Lead Counsel and Defendants shall file a responsive pleading within 45 days of service of the Consolidated Complaint. |

**IT IS SO ORDERED**

Dated: 9/12/06            /S/ RONALD M. WHYTE
                          UNITED STATES DISTRICT
                          COURT JUDGE

NOVELLUS:13815.STIP

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF & COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

| | |
|---|---|
| 1 | **DECLARATION OF SERVICE** |
| 2 | I, BORANY REINBOLD, the undersigned, declare: |
| 3 | 1. That declarant is and was, at all times herein mentioned, a citizen of the United |
| 4 | States and a resident of the County of San Diego, over the age of 18 years, and not a party to or |
| 5 | interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San |
| 6 | Diego, California. 92101. |
| 7 | 2. That on September 7, 2006, declarant served the **REVISED STIPULATION** |
| 8 | **AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES,** |
| 9 | **APPOINTING LEAD PLAINTIFF AND COUNSEL, AND SETTING SCHEDULE FOR** |
| 10 | **FILING OF CONSOLIDATED COMPLAINT** via the CM/ECF System and via U.S. Mail to |
| 11 | the parties. |
| 12 | 3. That there is regular communication between the parties. |
| 13 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th |
| 14 | day of September |
| 15 | 2006, at San Diego, California. |
| 16 | |
| 17 | |
| 18 | _____ |
| | BORANY REINBOLD |

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF & COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

- 7 -