**E-FILED on**   6/19/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NOVELLUS SYSTEMS, INC. DERIVATIVE LITIGATION, | No. C-06-03514 RMW |
| | ORDER STRIKING PLAINTIFFS' AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT |
| | **[Re Docket No. 90]** |
| This Document Relates To:     ALL ACTIONS. | |

On May 2, 2007 lead plaintiff Alaska Electrical Pension Fund ("plaintiff") filed notice of its voluntary dismissal of the present action without prejudice pursuant to Fed. R. Civ. P. 41(a). *See* Docket No. 86. This notice was filed before service of an answer by defendants and without order of court as permitted under the circumstances by Rule 41(a). On May 24, 2007 plaintiff filed an amended verified shareholder derivative complaint in this action. Docket No. 90. However, because plaintiff had already earlier dismissed the action, there is no pending action in which an amended complaint could be filed. Accordingly, the court *sua sponte* strikes plaintiff's purported amended verified shareholder derivative complaint filed May 24, 2007.

1  Because the court *sua sponte* strikes plaintiff's amended complaint, defendants' motions to
2  strike and to dismiss the complaint, filed June 11, 2007 and noticed for hearing July 27, 2007, are
3  moot. *See* Docket Nos. 93-95. Accordingly, the hearing for these motions are hereby vacated.

DATED:   6/18/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Francis A. Bottini, Jr | frankb@johnsonbottini.com |
| Travis E. Downs, III | travisd@lerachlaw.com |
| Francis M. Gregorek | gregorek@whafh.com |
| William S. Lerach | e_file_sf@lerachlaw.com |
| Betsy C. Manifold | manifold@whafh.com |
| Maria V. Morris | mariam@lerachlaw.com |
| Rachele R. Rickert | rickert@whafh.com |
| Shawn A. Williams | shawnw@lerachlaw.com |

**Counsel for Defendants:**

| | |
|---|---|
| Sunil R. Kulkarni | skulkarni@mofo.com |
| Darryl P. Rains | drains@mofo.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     6/19/07                                    SPT
                                              **Chambers of Judge Whyte**